**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

Mark Reese Pharr, III
Galloway, Johnson, et al
328 Settlers Trace Blvd.
Lafayette LA 70508

**REHEARING ACTION: January 23, 2013**

**Docket Number: 12   00413-CA consolidated with 412-CA**

**JARED PAVLU**
**VERSUS**
**GLOBAL DATA SYSTEMS, INC.**

**Appealed from Lafayette Parish Case No. C-20085577 C/W C-20085236**

**BEFORE JUDGES:**

    **Hon. Ulysses Gene Thibodeaux**
    **Hon. John D. Saunders**
    **Hon. Marc T. Amy**
    **Hon. Elizabeth A. Pickett**
    **Hon. James T. Genovese**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Global Data Systems, Inc.** has this day been

    **DENIED.**
    Amy, J., would grant rehearing.
    Genovese, J., would grant rehearing.

cc: Amy E. Newsom, Counsel for the Appellant